# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

CHARLES KELLY,

      Plaintiff,

    v.

STEADFAST SERVICES INC.,
MICHAEL TREY DAVIS, KATIE
DAVIS and ROBERT DAY,

      Defendants.

CIVIL ACTION NO.
1:20-cv-03378-WMR

## ORDER

This matter comes before the Court on the Plaintiff's Unopposed Motion for Court Approval of FLSA Settlement and Release Agreement. The Court has reviewed this matter and concludes pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the terms of the settlement agreement are fair, adequate, and reasonable including the sums agreed upon to be paid to Plaintiff for wages and attorneys' fees.  Therefore, the Court **GRANTS** the Plaintiff's Unopposed Motion for Court Approval of FLSA Settlement and Release Agreement and the FLSA claims of Plaintiff are dismissed with prejudice, and Count II of Plaintiff's complaint is dismissed.

**SO ORDERED** this 10th day of March, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE